Nitin Gambhir (SBN 259906)
ngambhir@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025-4004
Telephone: +1 650 815 7400
Facsimile: +1 650 815 7401

Attorneys for Defendants
SYNAPSENSE CORPORATION AND PANDUIT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| GROUNDSWELL TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYNAPSENSE CORPORATION, a Delaware corporation and PANDUIT CORP., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:15-cv-06024<br><br>**STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE** |

WHEREAS, Plaintiff Groundswell Technologies, Inc. ("Plaintiff") filed the Complaint in this instant action in the Central District of California on August 7, 2015:

WHEREAS, the Court has scheduled a Rule 16 Scheduling Conference on April 18, 2016, with Rule 26(f) reports due on April 4, 2016;

WHEREAS, Counsel for Defendants are unable to appear for the Scheduling Conference scheduled for April 18, 2016 due to scheduling conflicts and professional obligations.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1) The parties jointly request that the Court continue the Rule 16 Scheduling Conference in this matter to be held on May 2, 2016, or thereafter, per the Court's convenience;

2) The parties jointly request that the Court extend the deadline for filing a Rule 26(f) Report according to the new date for Rule 16 Scheduling Conference.

Dated: April 1, 2016

NI, WANG & MASSAND, PLLC

By: /s/ Hao Ni
Hao Ni

Attorneys for Plaintiff,
GROUNDSWELL TECHNOLOGIES, INC.

Dated: April 1, 2016

McDERMOTT WILL & EMERY LLP

By: /s/ Nitin Gambhir
Nitin Gambhir

Attorneys for Defendants,
SYNAPSENSE CORPORATION and PANDUIT CORPORATION

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE
CASE NO. 2:15-CV-06024

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

/s/ Nitin Gambhir
Nitin Gambhir

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 1, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Nitin Gambhir
Nitin Gambhir

McDermott Will & Emery LLP
Attorneys At Law
Irvine

2

STIPULATION FOR CONTINUANCE OF
SCHEDULING CONFERENCE
CASE NO. 2:15-CV-06024